

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR REHEARING

Appellate case name:        Darla Marie Sheffield  v.  The State of Texas

Appellate case number:    01-12-00209-CR

Trial court case number:  11CR0361

Trial court:                       122nd District Court of Galveston County

Date motion filed:           November 18, 2013

Party filing motion:         Darla Marie Sheffield

      It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature:  /s/Harvey Brown_____
                      ☐ Acting Individually ☒  Acting for the Court

Panel consists of: Justices Jennings, Sharp, and Brown


Date:  December 12, 2013_____